UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re | ) | Case No. 05-63126 |
| | ) | Hon. Carol A. Doyle |
| MITCHELL E. RUBIN, | ) | Chapter 7 |
| | ) | Hearing: Tuesday, |
| Debtor. | ) | April 10, 2007 at 10:00 a.m. |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, April 10, 2007 at 10:00 a.m., we will appear before the Honorable Carol A. Doyle, presiding in Courtroom 742 at 219 South Dearborn Street in Chicago, Illinois and present the attached *Trustee's Application To Pay Special Counsel*. In the Application, Trustee requests authority to pay Beermann Swerdlove LLP $8,000.00 in compensation for 29.45 hours of services from January 31, 2006 to January 31, 2007 and $687.91 in expenses.

Philip V. Martino (ARDC #06183648)
Colleen E. McManus (ARDC #06243473)
**DLA PIPER US LLP**
203 North LaSalle Street
Suite 1900
Chicago, IL  60601
Phone: (312) 368-4000

**PHILIP V. MARTINO, TRUSTEE**

By: /s/ Colleen E. McManus
     One of his attorneys

CHGO1\30910432.1

## CERTIFICATE OF SERVICE

Colleen E. McManus, an attorney, certifies that on March 16, 2007, she caused the foregoing document to be filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. In addition, Ms. McManus caused this document to be served upon all parties on the attached service list via U.S. mail, postage pre-paid, on March 16, 2007. Parties may access this filing through the Court's system.

/s/ Colleen E. McManus

Colleen E. McManus (ARDC #06243473)
**DLA PIPER US LLP**
203 North La Salle Street
Suite 1900
Chicago, Illinois 60601-1293
Phone: 312-368-4000

CHGO1\30743295.2

U.S. Trustee
Suite 3350
227 West Monroe Street
Chicago, IL  60606

Chad H. Gettleman
Adelman & Gettleman, Ltd.
Suite 1050
53 West Jackson Boulevard
Chicago, IL  60604

Michael L. Gesas
Gesas, Pilati, Gesas & Golin, Ltd.
Suite 528
53 West Jackson Boulevard
Chicago, IL  60604

Norman Newman
Much Shelist Freed Denenberg
   Ament & Rubenstein PC
Suite 1800
191 North Wacker Drive
Chicago, IL  60606

Elizabeth A. Bates
Huck Bouma PC
Suite 200
1755 South Naperville Road
Wheaton, IL  60187

Laura Newman
Fagel Haber LLC
40th Floor
55 East Monroe Street
Chicago, IL  60603

Andrew Wool
Katten Muchin Rosenman LLP
525 W. Monroe
Chicago, IL  60661

Daniel R. Stefani
Berger|Schatz
161 N. Clark Street
Suite 2800
Chicago IL 60601

David P. Leibowitz
Leibowitz Law Center
420 West Clayton Street
Waukegan, IL  60085

Scott H. Kenig
Randall & Kenig LLP
Suite 3160
455 North Cityfront Plaza
Chicago, IL  60611

Scott Schreiber
Stahl Cowen Crowley
55 W. Monroe
Suite 1200
Chicago, IL 60603

Deborah K. Ebner
11 East Adams Street
Chicago, IL 60603

Doug G. Hewitt
Katherine Vega
Neal Gerber & Eisenberg LLP
2 North LaSalle
Chicago, IL 60602

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re | ) | Case No. 05-63126 |
| | ) | Hon. Carol A. Doyle |
| MITCHELL E. RUBIN, | ) | Chapter 7 |
| | ) | Hearing: Tuesday, |
| Debtor. | ) | April 10, 2007 at 10:00 a.m. |

## TRUSTEE'S FIRST INTERIM APPLICATION TO PAY SPECIAL COUNSEL

Philip V. Martino, chapter 7 trustee ("**Trustee**") herein, pursuant to Sections 330 and 331 of the Bankruptcy Code and Local Rule 5082-1, requests that this Court enter an order allowing special counsel compensation and expenses and permitting payment of same. Special counsel requests $8,000.00 in compensation for 29.45 hours of service and reimbursement of $687.91 in expenses. This application covers the period from January 1, 2006 to January 31, 2007.

### Background

1. An involuntary bankruptcy proceeding was filed against Debtor on October 17, 2005. This Court entered an order for relief on or about November 15, 2006. Trustee was appointed trustee.

2. Debtor and his former spouse, Suzanne Rubin, have been involved in a divorce proceeding pending in Lake County.

3. On February 8, 2006, this Court entered an order authorizing Trustee to retain Alvin Becker, Howard London and the firm Beermann Swerdlove LLP ("**Beermann**") as his special counsel, retroactive to January 26, 2006. Beermann was hired to monitor and, if necessary, file pleadings and take any and all actions in the divorce proceeding in order to protect Trustee's or this estate's interests in that proceeding and any property interests of Debtor (collectively, the "**Divorce Matter**").

CHGO1\30910431.1

4. In connection with Beermann's retention, Trustee provided Beermann with a $15,000.00 retainer, which was disclosed in the motion.

5. Trustee now seeks permission to pay Beeermann for work done in the Divorce Matter, as described below, by authorizing Beermann to apply said fees to the retainer.

**Services in the Divorce Matter**

6. In the period covered by this application, the Beermann attorneys performed such services as researching marital and non-marital property, communicating with Trustee's counsel regarding events in the bankruptcy and divorce proceedings, reviewing pleadings relating to Suzanne Rubin's motion to lift stay to proceed in divorce court, strategizing as to the prospects of mediation or other settlement, reviewing Suzanne Rubin's dissipation claim and communicating with various counsel regarding subpoenas. A detailed breakdown of services rendered is attached as Exhibit A; a summary of which is:

| Attorney | Rate | Hours billed |
| --- | --- | --- |
| Howard A. London | $425.00 | 15.55 |
| Stephanie G. Sadow | $200.00 | 13.90 |

**Costs and miscellaneous**

7. During the period covered by this application, in connection with the foregoing services, Beermann incurred costs of $687.91. The costs are comprised of photocopies (at 10 cents/page) and Westlaw computerized research charges. A breakdown is attached as Exhibit A.

8. The biographies of the professionals at Beermann who billed time in connection with this representation are attached as Exhibit B.

2

CHGO1\30910431.1

9.     Trustee submits that the services provided by Beermann as described herein were actual, reasonable and necessary, as further attested in <u>Exhibit C</u> hereto.

**WHEREFORE**, Trustee prays that an order be entered:

a)     awarding Beermann Swerdlove LLP $8,000.00 in compensation;

b)     awarding Beermann Swerdlove LLP $687.91 in expenses;

c)     permitting Beermann Swerdlove LLP to apply such allowed compensation and expenses against the $15,000.00 retainer from Trustee; and

d)     such other relief as is just and proper.

| | |
|---|---|
| Philip V. Martino (ARDC #06183648)<br>Colleen E. McManus (ARDC #06243473)<br>**DLA PIPER US LLP**<br>203 North LaSalle Street<br>Suite 1900<br>Chicago, IL  60601<br>Phone: (312) 368-4000 | **PHILIP V. MARTINO, TRUSTEE**<br><br>By: /s/ Colleen E. McManus<br>     One of his attorneys |

3

CHGO1\30910431.1