UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| | ) | |
| MITCHELL E. RUBIN, | ) | Case No. 05-63126 |
| | ) | |
| Debtor. | ) | Honorable Carol A. Doyle |
| | ) | Hearing Date: December 6, 2007 |
| | ) | beginning at **10:00 a.m.** |

## NOTICE OF MOTION

Please take notice that on **Thursday, December 6, 2007**, at **10:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Carol A. Doyle, Courtroom 742, United States Bankruptcy Court, 219 South Dearborn, Chicago, Illinois, and shall there present Trustee's Second and Final Application to Pay Special Counsel (which requests $15,373.75 for 46.8 hours of services rendered and $780.15 for expenses, against which a $15,000.00 court-approved post-petition retainer will be applied, for a net additional payment due of $1,153.90, at which time and place you may appear. A copy of the Application is attached. Any party wishing to object to the Applications should file a written objection with the Clerk of the Bankruptcy Court, 7th Floor, 219 South Dearborn, Chicago, Illinois 60604, and deliver a copy to Trustee, at the address listed on the end of this notice, by 4:00 p.m., Tuesday, December 4, 2007.

Philip V. Martino (ARDC #06183648)
Deborah M. Gutfeld (ARDC #6272331)
**DLA PIPER US LLP**
203 North LaSalle Street
Suite 1800
Chicago, Illinois 60601
312-368-4000

**PHILIP V. MARTINO, Trustee**

/s/ Philip V. Martino
One of his attorneys

## CERTIFICATE OF SERVICE (ELECTRONIC FILING)

Christy C. Soberanis, a non-attorney, certifies that on the 14th of November, 2007, she electronically filed Trustee's Second and Final Application to Pay Special Counsel with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| Michael L. Gesas: | mgesas@gpgglaw.com, ddavis@gpgglaw.com; pmitchell@gpgglaw.com; jhernandez@gpgglaw.com |
| Chad H. Gettleman: | cgettleman@ag-ltd.com |
| Scott H. Kenig: | skenig@randall-law.com |
| Colleen E. McManus: | colleen.mcmanus@dlapiper.com |
| Marc I. Fenton: | marc.fenton@dlapiper.com |
| Laura Barientos-DuVall | lbd@lakelaw.com |
| Elizabeth A. Bates | ebates@huckbouma.com; mgaertner@huckbouma.com |
| Mark I. Berkoff | mark.berkoff@dlapiper.com, Cheryl.dennis@dlapiper.com |
| Deborah M. Gutfeld | Deborah.gutfeld@dlapiper.com |
| Ronald J. Kapustka | rkapustka@ksnlaw.com |
| David P. Liebowitz | dpl@lakelaw.com, msampson@lakelaw.com; crivera@lakelaw.com |
| Philip V. Martino | Philip.martino@dlapiper.com, pmartino@ecf.epiqsystems.com |
| Faiq Mihlar | shellyhood@hsbattys.com |
| William T. Neary | USTPRegion11.ES.ECF@usdoj.gov |
| Tracy Netzel | tnetzel@whistlelaw.com |
| Lauren Newman | lnewman@fagelhaber.com |
| Christopher H. Purcell | shermlaw13@aol.com |
| Scott H. Reynolds | sreynolds@lplegal.com |
| Nathan Q. Rugg | nqr@ag-ltd.com |
| Scott N. Schreiber | sschreiber@stahlcowen.com |
| Katherine D. Vega | kvega@ngelaw.com |
| Andrew L. Wool | Andrew.wool@kattenlaw.com, ecfdocket@kattenlaw.com |
| Bruce E. De'Medici | bdemedici@mms-law.net, docket@mandellmenkes.com |

and served true and correct copies of DLA Piper US LLP's Second Interim Fee Application, via United States mail, postage prepaid to:

Jeffrey M. Berg
c/o Elizabeth A. Bates
Huck Bouma
1755 S. Naperville Road, Suite 200
Wheaton, IL 60187

Michell E. Rubin
305 Macalpin Court
Inverness, IL 60010

2

Lois West
Popowcer Katten Ltd.
35 E. Wacker Dr., Suite 902
Chicago, IL 60601

Suzanne Rubin
c/o DP Leibowitz
Leibowitz Law Center
420 Clayton Street
Waukegan, IL 60085

/s/ Christy C. Soberanis
Christy C. Soberanis

I DECLARE UNDER PENALTY
OF PERJURY, THAT THE
FOREGOING IS TRUE AND CORRECT

TAMPDOCS\542127.1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re | ) | Case No. 05-63126 |
| | ) | Hon. Carol A. Doyle |
| MITCHELL E. RUBIN, | ) | Chapter 7 |
| | ) | Hearing: December 6, 2007 |
| Debtor. | ) | beginning at 10:00 a.m. |

## TRUSTEE'S SECOND AND FINAL APPLICATION TO PAY SPECIAL COUNSEL

Philip V. Martino, chapter 7 trustee ("**Trustee**") herein, pursuant to Sections 330 of the Bankruptcy Code, requests that this Court enter an order allowing Beermann Swerdlove LLP ("**Beerman**") as Trustee's special counsel, final compensation and expenses and permitting payment of same. Since January 31, 2006, Beerman has devoted 46.8 hours representing Trustee in this case, for which it seeks final compensation of $15,373.75. In connection with those legal services, Beerman also incurred expenses of $780.15. This is Trustee's second application to pay Beerman. In the first application, special counsel requested and received $8,000.00 in compensation for 29.45 hours of service and reimbursement of $687.91 in expenses. Because Beerman has received a $15,000 retainer, the net amount due to it is $1,153.90, which Trustee requests authorization to pay forthwith.

### Background

1. An involuntary bankruptcy proceeding was filed against Debtor on October 17, 2005. This Court entered an order for relief on or about November 15, 2006. Trustee was appointed trustee.

2. Debtor and his former spouse, Suzanne Rubin, have been involved in a divorce proceeding pending in Lake County.

TAMPDOCS\542089.1

3. On February 8, 2006, this Court entered an order authorizing Trustee to retain Alvin Becker, Howard London and the firm Beermann Swerdlove LLP ("**Beermann**") as his special counsel, retroactive to January 26, 2006. Beermann was hired to monitor and, if necessary, file pleadings and take any and all actions in the divorce proceeding in order to protect Trustee's or this estate's interests in that proceeding and any property interests of Debtor (collectively, the "**Divorce Matter**").

4. In connection with Beermann's retention, Trustee provided Beermann with a $15,000.00 retainer.

5. Trustee now seeks permission to pay Beeermann for work done in the Divorce Matter since the First Application, as set forth below.

**Services in the Divorce Matter**

6. Beermann has assisted Trustee in assembling and reviewing documents, researching the interplay between divorce and bankruptcy law, reviewed settlement proposals, helped to develop a mediation strategy, and participated in mediation. A detailed breakdown of services rendered is attached as Exhibit A; a summary of which is:

| Attorney | Rate | Hours billed |
|---|---|---|
| Howard A. London | $425.00 | 32.9 |
| Stephanie G. Sadow* | 200.00 | 13.9 |

**Costs and miscellaneous**

7. During the period covered by this application, in connection with the foregoing services, Beermann incurred costs of $780.15, primarily for Westlaw research. A breakdown is included in Exhibit A.

---

\* As reflected in Exhibit A, Beerman has not charged the estate for 4.2 hours of Ms. Sadow's research on February 4, 2006, or for 2 hours of her legal research on February 19, 2006.

2

8. Beerman's counsel's biographies are attached as Exhibit B.

9. Trustee submits that the services provided by Beermann as described herein were actual, reasonable and necessary, as further attested in Exhibit C hereto.

**WHEREFORE**, Trustee prays that an order be entered:

a) awarding Beermann Swerdlove LLP $15,373.75 in final compensation;

b) awarding Beermann Swerdlove LLP $780.15 in expenses;

c) authorizing Trustee to pay Beerman Swerdlove LLP the $1,153.90 balance due; and

d) granting such other relief as is just and proper.

Philip V. Martino (ARDC #06183648)
Deborah M. Gutfeld (ARDC #6272331)
**DLA PIPER US LLP**
203 North LaSalle Street
Suite 1900
Chicago, IL 60601
Phone: (312) 368-4000

**PHILIP V. MARTINO, TRUSTEE**

By: /s/ Philip V. Martino
   One of his attorneys

3

TAMPDOCS\542089.1