UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| RUBIN, MITCHELL E | ) | Case No. 05-63126-CAD |
| | ) | |
| Debtor(s). | ) | Hon. CAROL A. DOYLE |

### Trustee's Final Report

To:   The Honorable CAROL A. DOYLE
United States Bankruptcy Judge

NOW COMES PHILIP V. MARTINO, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1.      The Petition commencing this case was filed on October 17, 2005. PHILIP V. MARTINO was appointed Trustee on the October 17, 2005. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2.      The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor(s) discharge. The trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.      The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.      A summary of the trustee's final account as of September 9, 2008 is as follows:

| | | |
|---|---|---|
| a. | RECEIPTS (See Exhibit C) | $1,384,946.48 |
| b. | DISBURSEMENTS (See Exhibit C) | $1,261,193.79 |

| | | | |
|---|---|---|---|
| c. | | NET CASH available for distribution | $123,752.69 |
| d. | | TRUSTEE/PROFESSIONAL COSTS: | |
| | 1. | Trustee compensation requested (See Exhibit E) | $64,798.39 |
| | 2. | Trustee Expenses (See Exhibit E) | $0.00 |
| | 3. | Compensation requested by attorney or other professionals for trustee (See Exhibit F) | |
| | (1.) | DLA Piper LLP (US) *Attorney for Trustee Fees (Trustee Firm)* | $498,789.50 |
| | (2.) | DLA Piper LLP (US) *Attorney for Trustee Expenses (Trustee Firm)* | $17,794.04 |

5.    The Bar Date for filing unsecured claims expired on June 7, 2006.

6.    All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a. | Allowed unpaid secured claims | $1,255,682.11 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $596,755.68 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $1,698,646.50 |
| e. | Allowed unsecured claims | $20,228,179.03 |

7.    Trustee proposes that unsecured creditors receive a distribution of 0.0000% of allowed claims .

8.    The compensation previously awarded to Trustee's counsel, accountants or other professionals, and the compensation requested but not yet allowed is as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| PHILIP V. MARTINO *Trustee Compensation* | $0.00 | $64,798.39 | $0.00 |

| | | | |
|---|---|---|---|
| **DLA PIPER LLP (US)**<br>*Attorney for Trustee* | $418,026.84 | $95,161.85 | $3,394.85 |
| **BEERMANN SWERDLOVE**<br>*Special Counsel* | $15,373.75 | $0.00 | $0.00 |

9.    A fee of $10,000.00 was paid to Debtor's Counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

Respectfully Submitted

DATE:        09/09/2008                    /s/ Philip V. Martino


PHILIP V. MARTINO, Trustee
203 NORTH LASALLE STREET
SUITE 1800
CHICAGO, IL  60601

## TASKS PERFORMED BY TRUSTEE

See Exhibit A, which includes a portion of Trustee's efforts.

To summarize those efforts, Trustee was in regular communication with counsel for most of the major parties in interest in this case—the US Trustee, Debtor, Debtor's estranged wife, and the largest creditors. Trustee oversaw DLA Piper's efforts to obtain (usually by subpoena, but occasionally voluntarily) documents from third parties regarding Debtor's assets, and attempts to confirm when, to whom, and for how much the millions of dollars in assets that showed on historic personal financial statements were sold before the bankruptcy was filed. (Debtor was extremely uncooperative, and ultimately surrendered his discharge due to his inability to produce those documents. Debtor's wife—who Debtor said had the documents— was a reluctant participant in the discovery process. She produced virtually none of the documents that Debtor believed he left at the homestead before he vacated.) Trustee was able to locate significant unscheduled (or improperly scheduled, as Debtor scheduled that he owned some real property, but in reality those assets were owned by entities that Debtor owned (at least in part) or by a trust. Trustee also spent a substantial amount of time dealing with a fraudulent conveyance action regarding Debtor's homestead (which was scheduled with a value of over $3 million with no debt, but was part of the marital estate, and because the divorce was pending when the bankruptcy was commenced, the estate's claim to that asset ran through the state divorce court) and the related domestic support obligation of Debtor's wife. Ultimately, Trustee was able to reach a deal with Debtor's wife, pursuant to which the homestead was delivered to Trustee and, in return for $250,000 in cash, Trustee returned the property (subject to debt and liens approaching $2 million) to her as payment of an allowed DSO claim of $750,000, with the multi-million dollar balance of the DSO claim subordinated to the claims of unsecured creditors.

Soon after Trustee's appointment, Trustee ceased keeping track of all of his efforts in connection with this estate because of the likelihood that this would be an administratively insolvent case.  Trustee estimates that in connection with the case he spent 30 to 50 hours in addition to the almost 68 hours he has itemized in the attachment to Trustee's Fee Application.


DLA PIPER

P. Martino
Matter # 359859-000001                                                         Page: 2
Invoice # 2205819                                                   September 9, 2008

**Fees:**

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| 11/15/05 | Conferences with M. Gretchen Silver, Chad Gettlemen and Mike Gesas regarding background facts and status (1.5). | Martino, Philip V. | 1.50 |
| 11/16/05 | Continue review of background documents and filings (1.1); conference with Mike Gesas regarding creditor's list for conflicts and connections (.2); conference with Mike Hayes and Marc Fenton regarding additional facts and background (.4). | Martino, Philip V. | 1.70 |
| 11/17/05 | Review e-mails and filings regarding status (.3); calls to/from and conference with Scott Schneiber regarding same (.6); conference with prospective divorce attorney regarding retention and status (.2. | Martino, Philip V. | 1.10 |
| 11/18/05 | Review Chad Gettlemen's overall status memo (.4); review divorce attorney's retention proposal (.2); e-mail to Fenton and Christneholz regarding same and Bank's input (.1). | Martino, Philip V. | 0.70 |
| 11/22/05 | Review documents from Gettlemen in anticipation of strategy conferences with Christenholz. | Martino, Philip V. | 1.00 |
| 11/28/05 | Review e-mails regarding status, Wednesday's hearings and recent developments. | Martino, Philip V. | 0.20 |
| 11/30/05 | Review information regarding divorce attorneys (.2). | Martino, Philip V. | 0.20 |
| 12/05/05 | Calls to and from and conferences with Mark Fucinato and Marc Fenton regarding funding divorce matter (.20); conference with Christenholz regarding list of items being handled, timeline and related matters (.10). | Martino, Philip V. | 0.30 |
| 12/06/05 | Calls to and from and conference with IAG Chris McCluland regarding status and strategy (.20). | Martino, Philip V. | 0.20 |
| 12/08/05 | Review revised chart of assignments (.2); conference with Christenholz regarding same (.1); review title company documents, UCC and Secretary of State searches, results and summary, and e-mails regarding same (1.1); conference with McManus regarding problem with Secretary of State search (.1). | Martino, Philip V. | 1.50 |
| 01/03/06 | Review schedules and SOFA (.3); e-mail to and conference with Gesas regarding same (.2); draft letter to Debtor's spouse and State of Illinois regarding DSO (.3). | Martino, Philip V. | 0.80 |
| 01/04/06 | Revise DSO letter (.2); e-mails from/to McManus and Fenton regarding stay relief for Inveress property (.2). | Martino, Philip V. | 0.40 |

 DLA PIPER

P. Martino<br>
Page: 3

Matter # 359859-000001
Invoice # 2205819

September 9, 2008

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| 01/11/06 | Review documents regarding Rubin asset sale (.1); conference with Christenolz regarding yesterday's meeting with Rubin and his various counsel (.9). | Martino, Philip V. | 1.00 |
| 01/12/06 | Review and respond to Christenholz regarding $1 million lien on homestead in violation of divorce court injunction. | Martino, Philip V. | 0.20 |
| 01/13/06 | Analyze offer to purchase condo (.3); e-mail regarding same (.1); review and respond to followup e-mails regarding expenses, liens, and related matters (.2); review and respond to e-mails regarding loan from bank for divorce expenses (.3); review and respond to e-mails regarding sale of condo (.3). | Martino, Philip V. | 1.20 |
| 01/18/06 | Emails to and from Fenton, McManus and Christenholz regarding status, turnover of sales proceeds, release of preferential lien (.30). | Martino, Philip V. | 0.30 |
| 01/19/06 | Review and respond to e-mails regarding divorce attorney and partnership proceeds. | Martino, Philip V. | 0.20 |
| 01/24/06 | E-mails to/from Christenholz regarding insurer's declaratory action and common interest agreement (.1); review and execute common interest agreement (.1). | Martino, Philip V. | 0.20 |
| 01/25/06 | Conference with S. Christenholz regarding overall status, charging lien,and insurance coverage (.2). | Martino, Philip V. | 0.20 |
| 01/26/06 | E-mails to and from Fenton and conference with McManus regarding offer to purchase condo, competing bid, tax bill, etc. | Martino, Philip V. | 0.30 |
| 01/27/06 | Review and respond to e-mails regarding 341 meeting and sale of house (.3); calls to/from and conference with Christenholz regarding same, motion to approve sale, status of responses to requests to produce documents, turnover of sales proceeds and settlement with wife (.3); review Christenholz's memo regarding dispute with counsel for corporation (.1); conference with Christenholz regarding same (.2). | Martino, Philip V. | 0.90 |
| 01/30/06 | E-mails to and from Fenton regarding proceeds of A/R collection (.3); review documents regarding same (.2). | Martino, Philip V. | 0.40 |
| 01/31/06 | Conference with S. Christenholz regarding discussions with divorce attorney, sale of property, and overall strategy (.6). | Martino, Philip V. | 0.60 |
| 02/01/06 | Review documents regarding $32K check to "Rubin Consulting Group, Inc." (.2); e-mail to Fenton, Christenholz, and McManus regarding same (.2). | Martino, Philip V. | 0.70 |



DLA PIPER

P. Martino

Matter # 359859-000001                                                          Page: 4
Invoice # 2205819                                                        September 9, 2008

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| 02/02/06 | Review and respond to e-mails regarding competing offer for condo (.2). | Martino, Philip V. | 0.20 |
| 02/06/06 | Review and respond to e-mails regarding 341 meeting, sale of condo, results of discovery to date and related matters (.4); conference with McManus regarding documents and 341 meeting (.1). | Martino, Philip V. | 0.50 |
| 02/07/06 | Conference with McManus regarding documents produced, financial statements and related matters (.50); conference with Christenholz regarding status and sale hearing (.20). | Martino, Philip V. | 0.70 |
| 02/08/06 | Review and extensive comment on Christenholz's status chart (.40); conference with Steve regarding same (.60). | Martino, Philip V. | 1.00 |
| 02/14/06 | E-mails to/from McManus regarding insurance privileges (.1); conference with Greer regarding transferring funds to checking account (.1). | Martino, Philip V. | 0.20 |
| 02/16/06 | Review settlement statement and compare with pro forma for corporate real estate closing (.3); e-mails to/from Fenton regarding same and paying retainer to divorce counsel (.1). | Martino, Philip V. | 0.40 |
| 02/21/06 | Review documents from McManus regarding asset search (.5); conference with Gesb regarding 341 meeting and purchase of current residence (.3). | Martino, Philip V. | 0.80 |
| 03/01/06 | Review memo regarding defects in schedules and SOFA (.2); e-mail to Gesas regarding amended documents (.1); conference with Gesas regarding same, exempt assets claim, extending discharge objection deadline and asset sales (.3); review e-mails regarding conference with Christenholz regarding settlement overtures from Suzanne's counsel (.4). | Martino, Philip V. | 1.00 |
| 03/06/06 | Conferences with and e-mails to/from interested parties regarding tomorrow's 341 meeting. | Martino, Philip V. | 0.30 |
| 03/07/06 | Prepare for and attend 341 meeting (1.50); conferences with Christenholz, McManus and Fenton regarding same (.60). | Martino, Philip V. | 2.10 |
| 03/14/06 | Conference with Christenholz regarding insurance claim. | Martino, Philip V. | 0.40 |
| 03/20/06 | Review organizational chart and related documents (.1); e-mail to/from Christenholz regarding insurer's abstain/stay relief motion (.1). | Martino, Philip V. | 0.20 |
| 03/21/06 | Conferences with Gesas regarding amended schedules and additional documents (.2); conference with Christenson regarding insurer's stay and abstention motions (.3). | Martino, Philip V. | 0.50 |


DLA PIPER

P. Martino
Page: 5

Matter # 359859-000001
Invoice # 2205819

September 9, 2008

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| 03/22/06 | Conference with Christenholz regarding status, settlement, Inverness property, document turnover and related matters (.1); conference with Gesas regarding partnership documents, on site visit and today's developments (.2). | Martino, Philip V. | 0.30 |
| 03/27/06 | Review documents. | Martino, Philip V. | 0.60 |
| 03/28/06 | Review stay/dismissal motion (.1); e-mail to Christenholz and McManus regarding faulty factual predicate for same (.1). | Martino, Philip V. | 0.20 |
| 04/06/06 | Review Christenholz's memo regarding status (.2); conference with Steve regarding same, open issues and related matters (.3). | Martino, Philip V. | 0.50 |
| 04/10/06 | Conference with Christenholz regarding insurance settlement offer. | Martino, Philip V. | 0.10 |
| 04/19/06 | Conferences with David Liebowitz regarding balance of note proceeds (.1); calls to/from and conference with Christenholz regarding same (.1). | Martino, Philip V. | 0.20 |
| 05/08/06 | Review and respond to e-mails regarding split of balance of refinance proceeds (.4); review latest document regarding ownership interests in holder of A/R (.2). | Martino, Philip V. | 0.60 |
| 05/09/06 | Initial review of State of Illinois complaint. | Martino, Philip V. | 1.00 |
| 05/10/06 | Review State Farm complaint (2.0); e-mails to/from McManus regarding Art subpoena and 2004 motion to Mrs. Rubin (.2). | Martino, Philip V. | 2.20 |
| 05/11/06 | Review and respond to Pille's e-mails regarding yesterday's hearing results (.1); e-mails from/to Christenholz regarding status of insurance settlement negotiations (.1). | Martino, Philip V. | 0.20 |
| 05/12/06 | Review Suzanne's stay relief motion (.5); e-mails to/from Christenholz and Gutfeld regarding same (.1). | Martino, Philip V. | 0.60 |
| 05/18/06 | Conference with Gutfeld and Christenholz regarding Suzanne's stay relief motion. | Martino, Philip V. | 0.70 |
| 05/19/06 | E-mails to/from and conferences with Fenton (.1) and Christenholz (.4) regarding conferences with and threats from Liebowitz. | Martino, Philip V. | 0.50 |
| 05/24/06 | Conference with Christenholz regarding today's ruling on motion for stay relief. | Martino, Philip V. | 0.30 |
| 06/05/06 | Conference with Christenholz regarding same and settlement overture. | Martino, Philip V. | 0.20 |



**DLA PIPER**

P. Martino
Matter # 359859-000001            Page: 6
Invoice # 2205819            September 9, 2008

| Date | Description | Timekeeper | Hours |
|---|---|---|---|
| 06/06/06 | Call to Liebowitz and conference with Christenholz regarding settlement and documentary issues (.3); review and respond to e-mails regarding Mitch's 2004 exam and various financial statements (.6). | Martino, Philip V. | 0.90 |
| 07/25/06 | Review documents from Art Studio (.1); e-mails to and from McManus and Christenholz regarding same and written requests for documents and information to Suzanne regarding claims and assets (.1). | Martino, Philip V. | 0.20 |
| 08/08/06 | Revise and execute summary judgment affidavit (.1); conference with Gesas regarding extension of time to object to discharge and turnover of keys to Inverness (.2). | Martino, Philip V. | 0.30 |
| 08/09/06 | E-mails to/from Christenholz and Liebowitz regarding fee order and global settlement. | Martino, Philip V. | 0.30 |
| 08/11/06 | Review Berg objection to discharge and dischargeability. | Martino, Philip V. | 0.20 |
| 08/15/06 | Conference with S. Christenholz regarding open issues (documents from wife, summary judgment, insurance settlement, and related issues) (.2). | Martino, Philip V. | 0.20 |
| 08/28/06 | Review Suzanne's reply regarding summary judgment. | Martino, Philip V. | 0.30 |
| 09/27/06 | Conference with S. Christenholz regarding mediation and documents (.2). | Martino, Philip V. | 0.20 |
| 10/04/06 | Review divorce financial statement. | Martino, Philip V. | 0.10 |
| 11/09/06 | Conference with Christenholz regarding status and open issues (.30). | Martino, Philip V. | 0.30 |
| 02/06/07 | Conferences (1 and 2 February) with Christenholz and Berkoff regarding litigation and settlement strategy (.5); conference with U.S. Trustee's counsel regarding status (.2); conference with Gutfeld and Christenholz regarding insurance settlement (.2). | Martino, Philip V. | 0.90 |
| 02/09/07 | Review documents in connection with fraudulent conveyance suit. | Martino, Philip V. | 0.50 |
| 02/13/07 | Conference with Gutfeld, Berkoff and proposed special counsel. | Martino, Philip V. | 0.60 |
| 02/21/07 | Conferences with Gesas, Gutfeld and McManus regarding discharge, dischargeability and stipulated facts (.30). | Martino, Philip V. | 0.30 |
| 03/12/07 | Review documents. | Martino, Philip V. | 1.00 |
| 03/14/07 | Review documents. | Martino, Philip V. | 1.00 |


**DLA PIPER**

P. Martino
Matter # 359859-000001                                                             Page: 7
Invoice # 2205819                                                      September 9, 2008

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| 03/19/07 | Review Documents. | Martino, Philip V. | 0.70 |
| 03/21/07 | Review Mrs. Rubin's mediation submission (.6); e-mails regarding summary judgment affidavit (.2). | Martino, Philip V. | 0.80 |
| 03/22/07 | (Rubin)  Review deposition outline (.3); e-mail to Gutfeld re strategy, additional areas of inquiry and our mediation letter (.4). | Martino, Philip V. | 0.70 |
| 03/23/07 | (Rubin) Revise mediation statement (.9); e-mail to/from and conference with Gutfeld regarding same (.3); review and respond to Gutfeld's e-mail regarding A/R collections and verification (.2); revise second draft of mediation statement (.6). | Martino, Philip V. | 2.00 |
| 03/26/07 | Review Rubin research memo and cases (.5); (Guzman) Review and respond to e-mails regarding non real estate tax liens (.2). | Martino, Philip V. | 0.10 |
| 04/06/07 | (Rubin) Conference with Berkoff regarding deposition and mediation. | Martino, Philip V. | 0.90 |
| 04/12/07 | (Rubin) prepare for and attend mediation (8.00); prepare for and attend continued 341 meetings (.50). | Martino, Philip V. | 8.50 |
| 04/13/07 | (Rubin) Conference with Berkoff regarding settlement status. | Martino, Philip V. | 0.20 |
| 04/19/07 | (Rubin) - review and revise motion to compel deposition and to extend discovery cut off (0.3). | Martino, Philip V. | 0.30 |
| 05/07/07 | (Rubin) Review and respond to Gutfeld's e-mail re Liebowitz's withdrawal and errata sheet from first deposition (.3); review documents re Bagisty and draft criminal referral letter to U.S.T. re same (.4). | Martino, Philip V. | 0.70 |
| 05/17/07 | [Rubin]  E-mails to/from Gutfeld regarding deposition outline for Suzanne regarding DSO objection and fraudulent conveyance suit. | Martino, Philip V. | 0.30 |
| 05/18/07 | [Rubin] Review and respond to Gutfeld's e-mail and memo regarding DSO claim and equitable subordination (.5). | Martino, Philip V. | 0.50 |
| 05/24/07 | [Rubin] Conferences with Berkoff, Gutfeld and other parties regarding settlement. | Martino, Philip V. | 1.00 |
| 06/04/07 | Emails to and from broker regarding valuation of homestead (.30). | Martino, Philip V. | 0.30 |
| 06/18/07 | Review and respond to myriad e-mails regarding settlement status (.7); conference with Berkoff regarding tomorrow's | Martino, Philip V. | 1.00 |


**DLA PIPER**

P. Martino
Matter # 359859-000001                                                    Page: 8
Invoice # 2205819                                          September 9, 2008

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| | hearing (.3). | | |
| 06/19/07 | Review claims, docket and schedules (.8); e-mail to Berkoff and Gutfeld regarding same (.2). | Martino, Philip V. | 1.00 |
| 06/20/07 | Review and respond to e-mails re settlement. | Martino, Philip V. | 0.30 |
| 06/22/07 | Conference with Gutfeld regarding Bank's objection to settlement (.1); review e-mails to Berkoff regarding same and need for special counsel (.1). | Martino, Philip V. | 0.20 |
| 06/25/07 | Calls to and conference with Ebner regarding objection to settlement (.3); review documents and conference with Gutfeld regarding status of insurance settlement (.2). | Martino, Philip V. | 0.50 |
| 07/10/07 | Prepare for and attend settlement meeting with bank, Berkoff and Gutfeld (2.50). | Martino, Philip V. | 2.50 |
| 08/01/07 | Review bank's objection to settlement (.6); e-mail to our side regarding same (.1). | Martino, Philip V. | 0.70 |
| 10/18/07 | Review memo, order and revised settlement agreement (.3); e-mails regarding same and implementation to our side (.3); execute revised settlement agreement (.1). | Martino, Philip V. | 0.70 |
| 11/08/07 | Finalize DLA Piper's Second Fee Application. | Martino, Philip V. | 1.00 |
| 08/06/08 | Review settlement order, website for real estate listings and start work on final report. | Martino, Philip V. | 0.40 |
| 08/11/08 | Continue work on final fee application and final report. | Martino, Philip V. | 1.50 |
| 09/08/08 | Review and revise final report. | Martino, Philip V. | 1.50 |
| | **Total Hours** | | **67.90** |

Page: 1

Ver: 14.03a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 05-63126   CAD   Judge: CAROL A. DOYLE
Case Name: RUBIN, MITCHELL E

For Period Ending: 09/09/08

Trustee Name: PHILIP V. MARTINO
Date Filed (f) or Converted (c): 10/17/05 (f)
341(a) Meeting Date: 03/07/06
Claims Bar Date: 06/07/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 305 Macalpin Court | 0.00 | Unknown | | 0.00 | Unknown |
| 2. 1200 West Monroe Street | Unknown | 16,736.83 | | 16,736.83 | FA |
| 3. CASH | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. NATIONAL CITY CHECKING | 125.00 | 0.00 | | 0.00 | FA |
| 5. 1ST BANK OF HIGHLAND CHECKING | 263.58 | 0.00 | | 0.00 | FA |
| 6. MCRUWO LLC CHECKING | Unknown | Unknown | | 0.00 | FA |
| 7. MISC FURNITURE | Unknown | Unknown | | 0.00 | FA |
| 8. ARTWORK | Unknown | Unknown | | 0.00 | FA |
| 9. CLOTHING | Unknown | Unknown | | 0.00 | FA |
| 10. WATCH/JEWELRY | Unknown | 0.00 | | 0.00 | FA |
| Debtor Claimed 100% Exemption on Schedule C | | | | | |
| 11. TERM POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| 12. SMITH BARNEY IRA | 5,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed 100% Exemption on Schedule C | | | | | |
| 13. STOCKS & INTERESTS | Unknown | 0.00 | | 0.00 | FA |
| Debtor Claimed 100% Exemption on Schedule C | | | | | |
| 14. PARTNERSHIPS | 27,500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed 100% Exemption on Schedule C | | | | | |
| 15. MORTGAGE FOR LORI MIHALY | 225,600.00 | 234,248.00 | | 234,248.00 | FA |
| 16. LIFE INSURANCE | 0.00 | 0.00 | | 0.00 | FA |
| 17. 5814 PINTAIL LANE, LONG GROVE | Unknown | 750,000.00 | | 750,000.00 | FA |
| Wife to get house in full satisfaction of $750,000 Domestic Support Obligation claim. | | | | | |
| 18. MARITAL INTERESTS | Unknown | 0.00 | | 0.00 | FA |
| 19. SPORTS MEMORABILIA | 2,000.00 | 0.00 | | 0.00 | FA |
| 20. Great American v Universal Settlement (u) | 0.00 | 130,000.00 | | 130,000.00 | FA |

LFORM1

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Case No:    05-63126    CAD    Judge: CAROL A. DOYLE
Case Name:    RUBIN, MITCHELL E

Trustee Name:    PHILIP V. MARTINO
Date Filed (f) or Converted (c):    10/17/05 (f)
341(a) Meeting Date:    03/07/06
Claims Bar Date:    06/07/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 21. Fraudulent Conveyance Action-Settlement (u) | 0.00 | 250,000.00 | | 250,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3,961.65 | Unknown |
| TOTALS (Excluding Unknown Values) | $261,488.58 | $1,380,984.83 | | $1,384,946.48 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/07    Current Projected Date of Final Report (TFR): 12/31/08

Ver: 14.03a

FORM1

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

| Case No: | 05-63126 -CAD | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | RUBIN, MITCHELL E | Bank Name: | BANK OF AMERICA, N.A. |
| Taxpayer ID No: | *******0763 | Account Number / CD #: | *******5589  BofA - Money Market Account |
| For Period Ending: | 09/09/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/30/06 | 15 | Marquette Bank Cashier's Check | | 1121-000 | 234,248.00 | | 234,248.00 |
| 02/07/06 | 000301 | First Bank of Highland Park | Research and Photocopy | 2990-000 | | 111.30 | 234,136.70 |
| 02/14/06 | | Transfer to Acct #*******5592 | Bank Funds Transfer | 9999-000 | | 5,000.00 | 229,136.70 |
| 02/16/06 | | Transfer to Acct #*******5592 | Bank Funds Transfer | 9999-000 | | 15,000.00 | 214,136.70 |
| 02/23/06 | 2 | Robbins, Salomon & Patt, Ltd. | | 1110-000 | 14,236.83 | | 228,373.53 |
| 02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.100 | 1270-000 | 168.90 | | 228,542.43 |
| 03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.100 | 1270-000 | 213.51 | | 228,755.94 |
| 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.100 | 1270-000 | 206.81 | | 228,962.75 |
| 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.700 | 1270-000 | 330.59 | | 229,293.34 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.700 | 1270-000 | 320.38 | | 229,613.72 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.700 | 1270-000 | 331.52 | | 229,945.24 |
| 08/17/06 | 000302 | DLA Piper Rudnick Gray Cary US LLP | 80% Fees/100% costs | | | 186,926.84 | 43,018.40 |
| | | | Fees            175,276.40 | 3110-000 | | | |
| | | | Expenses      11,650.44 | 3120-000 | | | |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.700 | 1270-000 | 253.65 | | 43,272.05 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.700 | 1270-000 | 60.46 | | 43,332.51 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.700 | 1270-000 | 62.57 | | 43,395.08 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.700 | 1270-000 | 60.63 | | 43,455.71 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.700 | 1270-000 | 62.73 | | 43,518.44 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.700 | 1270-000 | 62.84 | | 43,581.28 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.700 | 1270-000 | 56.83 | | 43,638.11 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.700 | 1270-000 | 63.00 | | 43,701.11 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.700 | 1270-000 | 61.06 | | 43,762.17 |
| 05/22/07 | | Transfer to Acct #*******5592 | Bank Funds Transfer | 9999-000 | | 5,000.00 | 38,762.17 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.700 | 1270-000 | 60.86 | | 38,823.03 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.700 | 1270-000 | 54.24 | | 38,877.27 |
| 07/23/07 | 20 | Great American Insurance Company | Settlement | 1249-000 | 130,000.00 | | 168,877.27 |
| | | | Page Subtotals | | 380,915.41 | 212,038.14 | |

Ver: 14.03a

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

| Case No.: | 05-63126 -CAD |
|---|---|
| Case Name: | RUBIN, MITCHELL E |
| Taxpayer ID No: | *******0763 |
| For Period Ending: | 09/09/08 |

| Trustee Name: | PHILIP V. MARTINO |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******5589  BofA - Money Market Account |

Blanket Bond (per case limit):   $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/30/07 | 000303 | Dr. Edward J. Heroa | Settlement Agreement 50/50 split | 8500-000 | | 65,000.00 | 103,877.27 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.700 | 1270-000 | 92.11 | | 103,969.38 |
| 08/03/07 | | Transfer to Acct #*******5592 | Bank Funds Transfer | 9999-000 | | 500.00 | 103,469.38 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.700 | 1270-000 | 243.29 | | 103,712.67 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.700 | 1270-000 | 172.16 | | 103,884.83 |
| 10/31/07 | 21 | Wire Transfer, JP Morgan Chase | Settlement | 1241-000 | 250,000.00 | | 353,884.83 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.200 | 1270-000 | 153.94 | | 354,038.77 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.200 | 1270-000 | 349.19 | | 354,387.96 |
| 12/06/07 | | Transfer to Acct #*******5592 | Bank Funds Transfer | 9999-000 | | 231,475.00 | 122,912.96 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.200 | 1270-000 | 163.32 | | 123,076.28 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 116.70 | | 123,192.98 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 48.81 | | 123,241.79 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 47.48 | | 123,289.27 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 40.42 | | 123,329.69 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 26.11 | | 123,355.80 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 25.28 | | 123,381.08 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 26.13 | | 123,407.21 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 26.13 | | 123,433.34 |

| | COLUMN TOTALS | 632,446.48 | 509,013.14 | 123,433.34 |
|---|---|---|---|---|
| | Less: Bank Transfers/CD's | 0.00 | 256,975.00 | |
| | Subtotal | 632,446.48 | 252,038.14 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 632,446.48 | 252,038.14 | |

| Page Subtotals | 251,531.07 | 296,975.00 |
|---|---|---|

Ver: 14.03a

LFORM24

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

| Case No: | 05-63126 -CAD |
| Case Name: | RUBIN, MITCHELL E |
| Taxpayer ID No: | *******0763 |
| For Period Ending: | 09/09/08 |

| Trustee Name: | PHILIP V. MARTINO |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******5592  BofA - Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/14/06 | | Transfer from Acct #*******5589 | Bank Funds Transfer | 9999-000 | 5,000.00 | | 5,000.00 |
| 02/14/06 | 003001 | C2Legal Digital Document Management | Photocopying | 3992-000 | | 26.10 | 4,973.90 |
| 02/16/06 | | Transfer from Acct #*******5589 | Bank Funds Transfer | 9999-000 | 15,000.00 | | 19,973.90 |
| 02/16/06 | 003002 | Beerman & Swerdlove LLC | Retainer for Divorce Counsel for special counsel | 3210-000 | | 15,000.00 | 4,973.90 |
| 03/10/06 | 2 | Robbins, Salomon & Patt, Ltd. | | 1110-000 | 2,500.00 | | 7,473.90 |
| 07/25/06 | 003003 | Harris Bank 111 West Monroe Street Chicago, IL  60603 | Reimbursement of costs for subpoena | 2990-000 | | 10.30 | 7,463.60 |
| 03/05/07 | 003004 | Deborah Kanner Ebner | Retainer per Court Order | 3721-000 | | 1,500.00 | 5,963.60 |
| 04/02/07 | 003005 | Deborah Kanner Ebner | Fees for services as Mediator     Fees    5,227.50    Expenses    3.00 | 3721-000 3721-000 3722-000 | | 5,230.50 | 733.10 733.10 733.10 |
| 05/22/07 | | Transfer from Acct #*******5589 | Bank Funds Transfer | 9999-000 | 5,000.00 | | 5,733.10 |
| 05/22/07 | 003006 | Deborah Kanner Ebner | Seravices for April | 3721-000 | | 5,495.00 | 238.10 |
| 08/03/07 | | Transfer from Acct #*******5589 | Bank Funds Transfer | 9999-000 | 500.00 | | 738.10 |
| 08/03/07 | 003007 | Deborah Kanner Ebner | Attorney Fees | 3210-000 | | 420.00 | 318.10 |
| 12/06/07 | | Transfer from Acct #*******5589 | Bank Funds Transfer | 9999-000 | 231,475.00 | | 231,793.10 |
| 12/06/07 | 003008 | Beermann Swerdlove LLP | | 3210-000 | | 373.75 | 231,419.35 |
| 12/06/07 | 003009 | DLA Piper US LLP | Fees ($225,000) Costs ($6,100) | 3120-000 | | 231,100.00 | 319.35 |

| | Page Subtotals | 259,475.00 | 259,155.65 |

I-FORM24

Ver: 14.03a

Page: 4

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-63126 -CAD | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | RUBIN, MITCHELL E | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | ******5592  BofA - Checking Account |
| Taxpayer ID No: | *******0763 | | |
| For Period Ending: | 09/09/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 259,475.00 | 259,155.65 | 319.35 |
| | | | Less: Bank Transfers/CD's | | 256,975.00 | 0.00 | |
| | | | Subtotal | | 2,500.00 | 259,155.65 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 2,500.00 | 259,155.65 | |
| | | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
| | | | TOTAL - ALL ACCOUNTS | | 632,446.48 | 252,038.14 | 123,463.33 |
| | | | BofA - Money Market Account - ******5589 | | | | |
| | | | BofA - Checking Account - ******5592 | | 2,500.00 | 259,155.65 | 319.35 |
| | | | | | 634,946.48 | 511,193.79 | 123,782.68 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |
| | | | Page Subtotals | | 0.00 | 0.00 | |

Ver: 14.03a

1.FORM2-1

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re | ) | Chapter 7 |
|---|---|---|
| | ) | |
| RUBIN, MITCHELL E | ) | Case No. 05-63126-CAD |
| | ) | |
| Debtor(s). | ) | Hon. CAROL A. DOYLE |

### PROPOSED DISTRIBUTION REPORT

I, PHILIP V. MARTINO, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $123,752.69 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $0.00 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $123,752.69 |

## REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $596,755.68 | 93.36 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Philip V. Martino Trustee Compensation | $64,798.39 | $64,798.39 |
| | DLA Piper LLA (US) Attorney for Trustee Fees | $498,789.50 | $56,923.58 |
| | DLA Piper LLP (US) Attorney for Trustee Expenses | $17,794.04 | $2,030.72 |
| | Beermann Swerdlove Special Counsel Fees | $14,685.84 | $0.00 |
| | Beermann Swerdlove Special Counsel Expenses | $687.91 | $0.00 |
| | **CLASS TOTALS** | **$596,755.68** | **$123,752.69** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) - Domestic Support Obligations | $ 750,000.00 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000009 | Suzanne Rubin Domestic Support Obligations-- §507 | $750,000.00 Already paid | $0.00 |
| | **CLASS TOTALS** | **$750,000.00** | **$0.00** |

| **4. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
| --- | --- | --- |
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| **5. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
| --- | --- | --- |
| §507(a)(4) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | 0.00 |

| **6. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
| --- | --- | --- |
| §507(a)(5) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| **7. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
| --- | --- | --- |
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| **8. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
| --- | --- | --- |
| §507(a)(7) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| **9. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
| --- | --- | --- |
| §724(b) - Secured Tax Lien Claims | $ 1,255,682.11 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000019A | Internal Revenue Service | $1,255,682.11 | $0.00 |
| | Internal Revenue Service Tax Liens | | |
| | **CLASS TOTALS** | **$1,255,682.11** | **$0.00** |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 948,646.50 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000019B | Internal Revenue Service | $948,646.50 | $0.00 |
| | Claims of Governmental Units-- 507 | | |
| | **CLASS TOTALS** | **$948,646.50** | **$0.00** |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(10) - Death & Personal Injury Claims for DUI | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims to be paid prorata after costs of administration and priority claims are paid in full | $ 20,150,052.21 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000010 | Dan Asher And Gta Group, Llc | $2,423,956.11 | $0.00 |
| | General Unsecured 726 | | |
| 000004 | First Midwest Bank | $597,128.89 | $0.00 |

| | | | |
|---|---|---|---|
| | General Unsecured 726 | | |
| 000005 | Gnlv , Corp | $45,000.00 | $0.00 |
| | General Unsecured 726 | | |
| 000015 | Jeffrey M Berg | $120,000.00 | $0.00 |
| | General Unsecured 726 | | |
| 000014 | John F Edwards | $309,000.00 | $0.00 |
| | General Unsecured 726 | | |
| 000003 | Jpmorgan Chase Bank, Na | $3,000,000.00 | $0.00 |
| | General Unsecured 726 | | |
| 000016 | Jpmorgan Chase Bank, Na | $8,048,793.34 | $0.00 |
| | General Unsecured 726 | | |
| 000017 | Marina Calinescu | $173,111.00 | $0.00 |
| | General Unsecured 726 | | |
| 000002 | New Jersey Department Of Banking An | $100,062.87 | $0.00 |
| | General Unsecured 726 | | |
| 000013 | Norman B. Newman, Not Indiv. But As | $0.00 | $0.00 |
| | General Unsecured 726 | | |
| 000001 | S Jerome Levy | $33,000.00 | $0.00 |
| | General Unsecured 726 | | |
| 000006 | State Farm Fire & Casualty Company | $660,000.00 | $0.00 |
| | General Unsecured 726 | | |
| 000007 | State Farm Mutual Automobile Insura | $2,640,000.00 | $0.00 |
| | General Unsecured 726 | | |
| 000011 | Suzanne Rubin | $2,000,000.00 | $0.00 |
| | General Unsecured 726 | | |
| 000012 | Suzanne Rubin | $0.00 | $0.00 |
| | General Unsecured 726 | | |
| | **CLASS TOTALS** | **$20,150,052.21** | **$0.00** |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 160,444.17 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000019C | Internal Revenue Service | $78,126.82 | $0.00 |
| | Tardy General Unsecured 726 | | |
| | Walder, Hayden & Brogan, Pa | 82,317.35 | $0.00 |
| | Tardy General Unsecured 726 | | |
| | **CLASS TOTALS** | **$160,444.17** | **$0.00** |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____     _____