UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| RUBIN, MITCHELL E ) | | Case No. 05-63126-CAD |
| ) | | |
| Debtor(s). ) | | Hon. CAROL A. DOYLE |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1.   NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:   U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 742, Chicago, IL 60604

   On: **December 11, 2008**         Time: **10:30 a.m.**

2.   The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3.   The Trustee's Final Report shows total:

   Receipts                                                                $1,384,946.48

   Disbursements                                                        $1,261,193.79

   Net Cash Available for Distribution                          $123,752.69

4.   Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| PHILIP V. MARTINO<br>*Trustee Compensation* | $0.00 | $64,798.39 | $0.00 |
| DLA PIPER LLP (US) | $418,026.84 | $95,161.85 | $3,394.85 |

CHGO1\31258143.1

*Attorney for Trustee*

<u>BEERMANN SWERDLOVE</u>                  $15,373.75              $0.00              $0.00
*Special Counsel*

5.   Application for domestic support obligation has been filed as follows:

|  | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| <u>Applicant</u> | | | |
| Suzanne Rubin | $750,000.00 | $0.00 | $0.00 |

6.   In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $<u>948,646.50</u> must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| <u>Claim Number</u> | <u>Claimant</u> | <u>Allowed Amount of Claim</u> | <u>Proposed Payment</u> |
|---|---|---|---|
| 000019B | Internal Revenue Service | $948,646.50 | $0.00 |

7.   Claims of general unsecured creditors totaling $20,228,179.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.0000% .

Allowed general unsecured claims are as follows:

| <u>Claim Number</u> | <u>Claimant</u> | <u>Amount of Claim</u> | <u>Proposed Payment</u> |
|---|---|---|---|
|  | Walder, Hayden & Brogan, Pa | $0.00 | $0.00 |
| 000001 | S Jerome Levy | $33,000.00 | $0.00 |
| 000002 | New Jersey Department Of Banking An | $100,062.87 | $0.00 |
| 000003 | Jpmorgan Chase Bank, Na | $3,000,000.00 | $0.00 |
| 000004 | First Midwest Bank | $597,128.89 | $0.00 |
| 000005 | Gnlv , Corp | $45,000.00 | $0.00 |
| 000006 | State Farm Fire & Casualty Company | $660,000.00 | $0.00 |
| 000007 | State Farm Mutual Automobile Insura | $2,640,000.00 | $0.00 |
| 000010 | Dan Asher And Gta Group, Llc | $2,423,956.11 | $0.00 |
| 000011 | Suzanne Rubin | $2,000,000.00 | $0.00 |
| 000012 | Suzanne Rubin | $0.00 | $0.00 |
| 000013 | Norman B. Newman, Not Indiv. But As | $0.00 | $0.00 |

CHGO1\31258143.1                                                 2

| | | | |
|---|---|---:|---:|
| 000014 | John F Edwards | $309,000.00 | $0.00 |
| 000015 | Jeffrey M Berg | $120,000.00 | $0.00 |
| 000016 | Jpmorgan Chase Bank, Na | $8,048,793.34 | $0.00 |
| 000017 | Marina Calinescu | $173,111.00 | $0.00 |
| 000019C | Internal Revenue Service | $78,126.82 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF THE COURT, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor(s) have not been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---:|
| NONE | $ |


Dated: **November 6, 2008**          For the Court,

                              By:   **KENNETH S. GARDNER**
                                    CLERK OF THE COURT

Trustee:   Philip V. Martino
Address:   203 North Lasalle Street
           Suite 1800
           Chicago, IL  60601
Phone No.: (312) 368-2165

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2                  Date Rcvd: Nov 06, 2008
Case: 05-63126                 Form ID: pdf002              Total Served: 39

The following entities were served by first class mail on Nov 08, 2008.
db           +Mitchell E Rubin,   305 Macalpin Court,   Inverness, IL 60010-6426
aty          +Colleen E McManus,   DLA Piper US LLP,   203 N LaSalle Street,   Suite 1900,
               Chicago, IL 60601-1263
aty          +Deborah M Gutfeld,   DLA Piper US LLP,   203 N LaSalle Street,   Suite 1900,
               Chicago, IL 60601-1263
aty          +Marc I Fenton,   DLA Piper US LLP,   203 North LaSalle Street,   Suite 1900,
               Chicago, IL 60601-1263
aty          +Mark A Berkoff,   DLA Piper US LLP,   203 N LaSalle Street,   Suite 1900,
               Chicago, IL 60601-1263
aty           Michael L. Gesas,   Arnstein & Lehr, LLP,   120 South Riverside Plaza,   1200,
               Chicago, IL  60606-3910
tr           +Philip V Martino, ESQ,   DLA Piper Rudnick Gray Cary US LLP,   203 N Lasalle St Ste 1800,
               Chicago, IL 60601-1264
10631010     +Dan Asher,   c/o James L Oakley,   Fegel Haber LLC,   55 E Monroe St 40th Floor,
               Chicago, IL 60603-5713
10742123     +Dan Asher and GTA Group, LLC,   c/o Lauren Newman,   FagelHaber, LLC,
               55 East Monroe Street, 40th Flr.,   Chicago, Illinois 60603-5713
10631009     +Daniel Asher,   51 Oakmont,   Highland Park, IL 60035-4111
10604017     +Elizabeth A Bates,   Huck Bouma PC,   1755 S Naperville Road,   Suite 200,
               Wheaton, IL 60189-5844
10631013     +First Midwest Bank,   One Pierce Place Ste 1500,   Itasca, IL 60143-1253
10562092     +First Midwest Bank,   C/O Scott Kenig Esq & Randall,Kenig LLP,
               455 N City Front Plaza Drive Suite 2510,   Chicago, IL 60611-5323
10610041     +GNLV , Corp,   Po Box 610,   Las Vegas , NV 89125-0610
10631014     +GNLV Corp,   c/o Joanne M Beckett,   Po Box 610,   Las Vegas, NV 89125-0610
10631016     +GTA Group LLC,   c/o James L Oakley,   Fegel Haber LLC,   55 E Monroe St 40th Fl,
               Chicago, IL 60603-5713
10631015     +Great American Insurance Company,   c/o SJ Rosenfeld Mandell Mekes LLC,
               333 W Wacker Drive Ste 300,   Chicago, IL 60606-1252
10631017     +Health Care Service Corporation,   c/o Schuyler Roche & Zwirner,   130 E Randolph St Ste 3800,
               Chicago, IL 60601-6317
11502381    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,
               PO BOX 21126,   PHILADELPHIA PA 19114)
10631018     +JPMorgan Chase Bank NA,   120 S LaSalle Street 6th Fl,   Chicago, IL 60603-3426
10558771     +JPMorgan Chase Bank, NA,   120 South LaSalle,   Chicago, IL 60603-3403
10631011     +Jeffrey M Berg,   c/o Elizabeth A Bates,   Huck Bouma,   1755 S Naperville Road Ste 200,
               Wheaton, IL 60189-5844
10631019      Jerome Levy,   55 E Erie,   51 North,   Chicago, IL 60610
10631020     +Jerome S Levy,   c/o Daniel S Hefter Fox Hefter,   321 N Clark St Ste 3300,
               Chicago, IL 60654-4793
10631012     +John F Edwards,   c/o Elizabeth A Bates,   Huck Bouma,   1755 S Naperville Road Ste 200,
               Wheaton, IL 60189-5844
10631021     +Kimberly Monreal,   c/o Patricia Jochum Favaro & Jochum,   835 Sterling Avenue Ste 100,
               Palatine, IL 60067-2246
10559156     +Lauren Newman, Esq.& Robert H. Lang Esq,   FagelHaber LLC,   55 East Monroe, 40th Floor,
               Chicago, IL 60603-5713
10631025     +Leslie Stulberg,   c/o Daniel S Hefter Fox Hefter,   321 N Clark St Ste 3300,
               Chicago, IL 60654-4793
10768075     +Marina Calinescu,   305 Macalpin Court,   Inverness, Illinois 60010-6426
10499585      New Jersey Department of Banking and Insurance,   Division of Law,   Attn: James M Bennett, DAG,
               Po Box 119,   Trenton, NJ 08625-0119
10631022     +New Jersey Dept of Banking Insurance,   c/o R J Hughes Justice Complex,   Po Box 119,
               Trenton, NJ 08625-0119
10749226     +Norman B. Newman, not indiv. but as Trustee,   191 N. Wacker Drive,   Suite 1800,
               Chicago, Illinois 60606-1631
10749227     +Norman B. Newman, not indiv., but as Trustee,   C/O Scott N. Schreiber Much Shelist,
               191 N Wacker Dr Suite 1800,   Chicago , IL 60606-1631
10475021     +S Jerome Levy,   Daniel S Hefter,   Fox Hefter Swibel Levin & Carroll,
               321 N LaSalle St Suite 3300,   Chicago IL 60654-2682
10726250     +Scott Schichtl,   c/o Netzel & Associates, PC,   211 E. Ontario, Suite 1800,
               Chicago, IL 60611-3242
10631024     +State of Illinois c/o S McClellan,   Office of the Attorney General,   100 W Randolph St 13th Fl,
               Chicago, IL 60601-3397
10726249     +State of Illinois, Office of the Attorney General,   c/o Andray Napolez,
               100 W. Randolph, 11th Floor,   Chicago, IL 60601-3218
10631023     +Suzanne Rubin,   c/o DP Leibowitz Leibowitz LawCent,   420 Clayton Street,
               Waukegan, IL 60085-4216
10895731     +Walder,Hayden & Brogen, PA,   K. Roger Plawker, ESQ.,   5 Becker Farm Rd.,
               Roseland, NJ 07068-1741
The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10671369      State Farm Fire & Casualty Company
10671370      State Farm Mutual Automobile Insurance Company
```

```
District/off: 0752-1         User: amcc7              Page 2 of 2              Date Rcvd: Nov 06, 2008
Case: 05-63126               Form ID: pdf002          Total Served: 39

3pd*         +Mitchell E Rubin,     305 Macalpin Court,     Inverness, IL 60010-6426
3pd*         +Mitchell E Rubin,     305 Macalpin Court,     Inverness, IL 60010-6426
3pd*         +Mitchell E Rubin,     305 Macalpin Court,     Inverness, IL 60010-6426
10768076*    +Marina Calinescu,     305 Macalpin Court,     Inverness, Illinois 60010-6426
                                                                                          TOTALS: 2, * 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 08, 2008**                      **Signature:**   *Joseph Speetjens*