UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 7 CASE |
| RUBIN, MITCHELL E ) | |
| ) | |
| ) | CASE NO. 05-63126-CAD |
| ) | |
| ) | |
| Debtor(s). ) | Hon. CAROL A. DOYLE |

**TRUSTEE'S FINAL ACCOUNT AND APPLICATION**
**TO CLOSE CASE AND DISCHARGE THE TRUSTEE**

To:   THE HONORABLE CAROL A. DOYLE
       BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, a copy of which is attached as Exhibit "A".

All checks have been cashed. Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 report attached hereto as Exhibit "B". Form 2 also reflects a net total balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that he/she be discharged, and the case closed pursuant to 11 U.S.C. §350.

1/15/09                                                          /s/ Philip V. Martino
DATE                                                             Philip V. Martino, Trustee

CENTRAL\31178585.1

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| RUBIN, MITCHELL E | ) | Case No. 05-63126-CAD |
| | ) | |
| Debtor(s). | ) | Hon. CAROL A. DOYLE |

### DISTRIBUTION REPORT

I, PHILIP V. MARTINO, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $123,827.41 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $0.00 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | **$123,827.41** |

**REPORT OF DISTRIBUTION - CONT'D**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $596,757.93 | 93.38 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Philip V. Martino Trustee Compensation | $64,800.64 | $60,394.66 |
| | Dla Piper Llp (Us) Attorney for Trustee Fees | $498,789.50 | $61,247.77 |
| | Dla Piper Llp (Us) Attorney for Trustee Expenses | $17,794.04 | $2,184.98 |
| | Beermann Swerdlove Special Counsel Fees | $14,685.84 | $0.00 |
| | Beermann Swerdlove Special Counsel Expenses | $687.91 | $0.00 |
| | **CLASS TOTALS** | **$596,757.93** | **$123,827.41** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) - Domestic Support Obligations | $ 750,000.00 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000009 | Suzanne Rubin Domestic Support Obligations— §507 | $750,000.00 | $0.00 |
| | **CLASS TOTALS** | **$750,000.00** | **$0.00** |

Document      Page 4 of 17

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 1,255,682.11 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000019A | Internal Revenue Service Internal Revenue Service Tax Liens | $1,255,682.11 | $0.00 |

CENTRAL\31167776.1

|  | CLASS TOTALS | $1,255,682.11 | $0.00 |
|---|---|---|---|
| **10. TYPE OF CLAIMS** |  | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties |  | $ 948,646.50 | 0.00 |
| **CLAIM NUMBER** | **CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
| 000019B | Internal Revenue Service Claims of Governmental Units-- 507 | $948,646.50 | $0.00 |
|  | CLASS TOTALS | $948,646.50 | $0.00 |
| **11. TYPE OF CLAIMS** |  | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
| §507(a)(9) - Capital Commitments to Federal Depository Institutions |  | $ 0.00 | 0.00 |
| **12. TYPE OF CLAIMS** |  | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
| §507(a)(10) - Death & Personal Injury Claims for DUI |  | $ 0.00 | 0.00 |
| **13. TYPE OF CLAIMS** |  | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
| §726(a)(2) - General Unsecured Claims to be paid prorata after costs of administration and priority claims are paid in full |  | $ 20,150,052.21 | 0.00 |
| **CLAIM NUMBER** | **CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
| 000010 | Dan Asher And Gta Group, Llc General Unsecured 726 | $2,423,956.11 | $0.00 |
| 000004 | First Midwest Bank General Unsecured 726 | $597,126.89 | $0.00 |
| 000005 | Gnlv , Corp General Unsecured 726 | $45,000.00 | $0.00 |
| 000015 | Jeffrey M Berg General Unsecured 726 | $120,000.00 | $0.00 |

-4-

CENTRAL\31167776.1

| Claim # | Creditor | Amount | Dividend |
|---|---|---:|---:|
| 000014 | John F Edwards<br>General Unsecured 726 | $309,000.00 | $0.00 |
| 000003 | Jpmorgan Chase Bank, Na<br>General Unsecured 726 | $3,000,000.00 | $0.00 |
| 000016 | Jpmorgan Chase Bank, Na<br>General Unsecured 726 | $8,048,793.34 | $0.00 |
| 000017 | Marina Calinescu<br>General Unsecured 726 | $173,111.00 | $0.00 |
| 000002 | New Jersey Department Of Banking An<br>General Unsecured 726 | $100,062.87 | $0.00 |
| 000013 | Norman B. Newman, Not Indiv. But As<br>General Unsecured 726 | $0.00 | $0.00 |
| 000001 | S Jerome Levy<br>General Unsecured 726 | $33,000.00 | $0.00 |
| 000006 | State Farm Fire & Casualty Company<br>General Unsecured 726 | $660,000.00 | $0.00 |
| 000007 | State Farm Mutual Automobile Insura<br>General Unsecured 726 | $2,640,000.00 | $0.00 |
| 000011 | Suzanne Rubin<br>General Unsecured 726 | $2,000,000.00 | $0.00 |
| 000012 | Suzanne Rubin<br>General Unsecured 726 | $0.00 | $0.00 |
| | **CLASS TOTALS** | **$20,150,052.21** | **$0.00** |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(3) - Tardily filed unsecured claims | $ 78,126.82 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---:|---:|
| 000019C | Internal Revenue Service<br>Tardy General Unsecured 726 | $78,126.82 | $0.00 |
| | Walder, Hayden & Brogan, Pa<br>Tardy General Unsecured 726 | $0.00 | $0.00 |
| | **CLASS TOTALS** | **$78,126.82** | **$0.00** |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| 726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: ___12/11/08___                    /s/ Philip V. Martino
                                         Philip V. Martino, Trustee

05-63126:266.1:Application for Compensation:Proposed Order Entered: 10/31/2008 10:26:50 AM by:Philip Martino Page 1 of 1

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| RUBIN, MITCHELL E | ) | Case No. 05-63126-CAD |
| | ) | |
| Debtor(s). | ) | Hon. CAROL A. DOYLE |

### Order Awarding Compensation And Expenses

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

1.  Trustee's compensation          $64,798.39
2.  Trustee's expenses              $0.00

    TOTAL                           $64,798.39

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____, 2008

ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE

CHGO\31258143.1

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| | ) | |
| MITCHELL E. RUBIN, | ) | Case No. 05-63126 |
| | ) | |
| Debtor. | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | |

ORDER ALLOWING FINAL
COMPENSATION AND REIMBURSEMENT OF COSTS
AND EXPENSES OF DLA PIPER LLP (US), TRUSTEE'S ATTORNEY

This cause coming to be heard on DLA Piper's Third and Final Fee Application (the "**Application**"), proper notice having been given, the Court having heard the statements of counsel present, and being fully advised in the premises, the Court hereby enters the following FINDINGS:

1. That in the Application, DLA Piper sought the allowance of $4,694.00 for 8.3 hours of actual, necessary and valuable professional services rendered to the Trustee since November 1, 2007, plus payment of the $43,819.00 holdback from the First Application and $50,000.00 of the $172,500.00 in fees that it voluntarily did not request in connection with the Second Application;

2. That in the Application DLA Piper sought the allowance of reimbursement in the amount of $43.60 as its actual and necessary expenses incurred or accrued in connection with such services;

NOW, THEREFORE, IT IS HEREBY ORDERED:

A. That the Court allows $ _4,694.00_ as final compensation to DLA Piper for actual, necessary and valuable professional services rendered;

B.    That Trustee may pay to DLA Piper the $43,819.00 holdback from the First Interim Fee Application;

C.    That DLA Piper is allowed an additional $50,000.00 as final compensation for actual, necessary and valuable professional services rendered during the period covered by its Second Interim Fee Application;

D.    The that Court allows $43.60 for reimbursement to DLA Piper for actual and necessary expenses incurred in connection therewith;

E.    The two interim fee awards are deemed to be final fee awards; and

F.    This matter is a core proceeding and this order is effective immediately.

Dated: Dec. 11, 2008

ENTERED:

Carol A. Doyle
United States Bankruptcy Judge

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No: 05-63126    CAD    Judge: CAROL A. DOYLE
Case Name: RUBIN, MITCHELL E
For Period Ending: 01/13/09

Trustee Name: PHILIP V. MARTINO
Date Filed (f) or Converted (c): 10/17/05 (f)
341(a) Meeting Date: 03/07/06
Claims Bar Date: 06/07/06

Page: 1

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 305 Macalpin Court | 0.00 | Unknown | | 0.00 | Unknown |
| 2. 1200 West Monroe Street | Unknown | 16,736.83 | | 16,736.83 | FA |
| 3. CASH | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. NATIONAL CITY CHECKING | 125.00 | 0.00 | | 0.00 | FA |
| 5. 1ST BANK OF HIGHLAND CHECKING | 263.58 | 0.00 | | 0.00 | FA |
| 6. MCRUWO LLC CHECKING | Unknown | Unknown | | 0.00 | FA |
| 7. MISC FURNITURE | Unknown | Unknown | | 0.00 | FA |
| 8. ARTWORK | Unknown | Unknown | | 0.00 | FA |
| 9. CLOTHING | Unknown | Unknown | | 0.00 | FA |
| 10. WATCH/JEWELRY Debtor Claimed 100% Exemption on Schedule C | Unknown | 0.00 | | 0.00 | FA |
| 11. TERM POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| 12. SMITH BARNEY IRA Debtor Claimed 100% Exemption on Schedule C | 5,000.00 | 0.00 | | 0.00 | FA |
| 13. STOCKS & INTERESTS Debtor Claimed 100% Exemption on Schedule C | Unknown | 0.00 | | 0.00 | FA |
| 14. PARTNERSHIPS Debtor Claimed 100% Exemption on Schedule C | 27,500.00 | 0.00 | | 0.00 | FA |
| 15. MORTGAGE FOR LORI MIHALY | 225,600.00 | 234,248.00 | | 234,248.00 | FA |
| 16. LIFE INSURANCE | 0.00 | 0.00 | | 0.00 | FA |
| 17. 5814 PINTAIL LANE, LONG GROVE Wife to get house in full satisfaction of $750,000 Domestic Support Obligation claim. | Unknown | 750,000.00 | | 750,000.00 | FA |
| 18. MARITAL INTERESTS | Unknown | 0.00 | | 0.00 | FA |
| 19. SPORTS MEMORABILIA | 2,000.00 | 0.00 | | 0.00 | FA |
| 20. Great American v Universal Settlement (u) | 0.00 | 130,000.00 | | 130,000.00 | FA |

LFORM1    Ver: 14.11

FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 2

| Case No: | 05-63126 | CAD | Judge: CAROL A. DOYLE | | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | RUBIN, MITCHELL E | | | | Date Filed (f) or Converted (c): | 10/17/05 (f) |
| | | | | | 341(a) Meeting Date: | 03/07/06 |
| | | | | | Claims Bar Date: | 06/07/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 21. Fraudulent Conveyance Action-Settlement (u) | 0.00 | 250,000.00 | | 250,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 4,036.37 | Unknown |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $261,488.58 | $1,380,984.83 | | $1,385,021.20 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/07     Current Projected Date of Final Report (TFR): 12/31/08

_____ Date: _____

PHILIP V. MARTINO

LFORM1   Ver: 14.11

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-63126 -CAD | | | Trustee Name: | PHILIP V. MARTINO | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|
| Case Name: | RUBIN, MITCHELL E | | | Bank Name: | BANK OF AMERICA, N.A. | | | |
| Taxpayer ID No: | ******0763 | | | Account Number / CD #: | ******5589 BofA - Money Market Account | | | |
| For Period Ending: | 01/13/09 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | | | |
| | | | | Separate Bond (if applicable): | | | | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | 0.00 |
| 01/30/06 | 15 | Marquette Bank Cashier's Check | | | 1121-000 | 234,248.00 | | 234,248.00 |
| 02/07/06 | 000301 | First Bank of Highland Park | Research and Photocopy Highland Park Account Statements | | 2990-000 | | 111.30 | 234,136.70 |
| 02/14/06 | | Transfer to Acct #*******5592 | Bank Funds Transfer | | 9999-000 | | 5,000.00 | 229,136.70 |
| 02/16/06 | | Transfer to Acct #*******5592 | Bank Funds Transfer | | 9999-000 | | 15,000.00 | 214,136.70 |
| 02/23/06 | 2 | Robbins, Salomon & Patt, Ltd. | | | 1110-000 | 14,236.83 | | 228,373.53 |
| 02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.100 | | 1270-000 | 168.90 | | 228,542.43 |
| 03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.100 | | 1270-000 | 213.51 | | 228,755.94 |
| 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.100 | | 1270-000 | 206.81 | | 228,962.75 |
| 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.700 | | 1270-000 | 330.59 | | 229,293.34 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.700 | | 1270-000 | 320.38 | | 229,613.72 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.700 | | 1270-000 | 331.52 | | 229,945.24 |
| 08/17/06 | 000302 | DLA Piper Rudnick Gray Cary US LLP | 80% Fees/100% costs Fees 175,276.40 Expenses 11,650.44 | | 3110-000 3120-000 | | 186,926.84 | 43,018.40 43,018.40 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.700 | | 1270-000 | 253.65 | | 43,272.05 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.700 | | 1270-000 | 60.46 | | 43,332.51 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.700 | | 1270-000 | 62.57 | | 43,395.08 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.700 | | 1270-000 | 60.63 | | 43,455.71 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.700 | | 1270-000 | 62.73 | | 43,518.44 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.700 | | 1270-000 | 62.84 | | 43,581.28 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.700 | | 1270-000 | 56.83 | | 43,638.11 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.700 | | 1270-000 | 63.00 | | 43,701.11 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.700 | | 1270-000 | 61.06 | | 43,762.17 |
| 05/22/07 | | Transfer to Acct #*******5592 | Bank Funds Transfer | | 9999-000 | | 5,000.00 | 38,762.17 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.700 | | 1270-000 | 60.86 | | 38,823.03 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.700 | | 1270-000 | 54.24 | | 38,877.27 |
| 07/23/07 | 20 | Great American Insurance Company | Settlement | | 1249-000 | 130,000.00 | | 168,877.27 |
| | | | | | Page Subtotals | 380,915.41 | 212,038.14 | |

LFORM24                                    Ver: 14.11

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| Case No: | 05-63126 -CAD | | | Trustee Name: | | PHILIP V. MARTINO | |
| Case Name: | RUBIN, MITCHELL E | | | Bank Name: | | BANK OF AMERICA, N.A. | |
| Taxpayer ID No: | ******0763 | | | Account Number / CD #: | | ******5589 BofA - Money Market Account | |
| For Period Ending: | 01/13/09 | | | Blanket Bond (per case limit): | | $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/30/07 | 000303 | Dr. Edward J. Herba | Settlement Agreement 50/50 split | 8500-000 | | 65,000.00 | 103,877.27 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.700 | 1270-000 | 92.11 | | 103,969.38 |
| 08/03/07 | INT | Transfer to Acct #******5592 | Bank Funds Transfer | 9999-000 | | 500.00 | 103,469.38 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.700 | 1270-000 | 243.29 | | 103,712.67 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.700 | 1270-000 | 172.16 | | 103,884.83 |
| 10/31/07 | 21 | Wire Transfer, JP Morgan Chase | Settlement | 1241-000 | 250,000.00 | | 353,884.83 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.200 | 1270-000 | 153.94 | | 354,038.77 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.200 | 1270-000 | 349.19 | | 354,387.96 |
| 12/06/07 | INT | Transfer to Acct #******5592 | Bank Funds Transfer | 9999-000 | | 231,475.00 | 122,912.96 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.200 | 1270-000 | 163.32 | | 123,076.28 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 116.70 | | 123,192.98 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 48.81 | | 123,241.79 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 47.48 | | 123,289.27 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 40.42 | | 123,329.69 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 26.11 | | 123,355.80 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 25.28 | | 123,381.08 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 26.13 | | 123,407.21 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 26.13 | | 123,433.34 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 25.30 | | 123,458.64 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.200 | 1270-000 | 22.43 | | 123,481.07 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.200 | 1270-000 | 20.23 | | 123,501.30 |
| 12/11/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 6.76 | | 123,508.06 |
| 12/11/08 | | Transfer to Acct #******5592 | Final Posting Transfer | 9999-000 | | 123,508.06 | 0.00 |

| | Page Subtotals | 251,605.79 | 420,483.06 | |

LFORM24  Ver: 14.11

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Case No: 05-63126 -CAD
Case Name: RUBIN, MITCHELL E
Taxpayer ID No: ******0763
For Period Ending: 01/13/09

Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******5589 BofA - Money Market Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | | | 0.00 |
| | | | COLUMN TOTALS | | 632,521.20 | 632,521.20 | |
| | | | Less: Bank Transfers/CD's | | 0.00 | 380,483.06 | |
| | | | Subtotal | | 632,521.20 | 252,038.14 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 632,521.20 | 252,038.14 | |

Page Subtotals 0.00 0.00

LFORM24 Ver: 14.11

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

| Case No: | 05-63126 -CAD |
|---|---|
| Case Name: | RUBIN, MITCHELL E |
| Taxpayer ID No: | *******0763 |
| For Period Ending: | 01/13/09 |

| Trustee Name: | PHILIP V. MARTINO |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******5592 BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | 0.00 |
| 02/14/06 | | Transfer from Acct #*******5589 | Bank Funds Transfer | | 9999-000 | 5,000.00 | | 5,000.00 |
| 02/14/06 | 003001 | C2Legal Digital Document Management | Photocopying | | 3992-000 | | 26.10 | 4,973.90 |
| 02/16/06 | | Transfer from Acct #*******5589 | Bank Funds Transfer | | 9999-000 | 15,000.00 | | 19,973.90 |
| 02/16/06 | 003002 | Beerman & Swerdlove LLC | Retainer for Divorce Counsel for special counsel | | 3210-000 | | 15,000.00 | 4,973.90 |
| 03/10/06 | 2 | Robbins, Salomon & Patt, Ltd. | | | 1110-000 | 2,500.00 | | 7,473.90 |
| 07/25/06 | | Harris Bank 111 West Monroe Street Chicago, IL 60603 | Reimbursement of costs for subpoena | | 2990-000 | | 10.30 | 7,463.60 |
| 03/05/07 | 003004 | Deborah Kanner Ebner | Retainer per Court Order | | 3721-000 | | 1,500.00 | 5,963.60 |
| 04/02/07 | 003005 | Deborah Kanner Ebner | Fees for services as Mediator Fees 5,227.50 Expenses 3.00 | | 3721-000 3722-000 | | 5,230.50 | 733.10 |
| 05/22/07 | | Transfer from Acct #*******5589 | Bank Funds Transfer | | 9999-000 | 5,000.00 | | 5,733.10 |
| 05/22/07 | 003006 | Deborah Kanner Ebner | Seravices for April | | 3721-000 | | 5,495.00 | 238.10 |
| 08/03/07 | | Transfer from Acct #*******5589 | Bank Funds Transfer | | 9999-000 | 500.00 | | 738.10 |
| 08/03/07 | 003007 | Deborah Kanner Ebner | Attorney Fees | | 3210-000 | | 420.00 | 318.10 |
| 12/06/07 | | Transfer from Acct #*******5589 | Bank Funds Transfer | | 9999-000 | 231,475.00 | | 231,793.10 |
| 12/06/07 | 003008 | Beermann Swerdlove LLP | Fees ($225,000) Costs ($6,100) | | 3210-000 | | 373.75 | 231,419.35 |
| 12/06/07 | 003009 | DLA Piper US LLP | | | 3120-000 | | 231,100.00 | 319.35 |
| 12/11/08 | | Transfer from Acct #*******5589 | Transfer In From MMA Account | | 9999-000 | 123,508.06 | | 123,827.41 |
| 12/11/08 | 003010 | DLA Piper LLP (US) | Final Fees and Costs Fees 61,247.77 Expenses 2,184.98 | | 3110-000 3120-000 | | 63,432.75 | 60,394.66 |
| 12/11/08 | 003011 | PHILIP V. MARTINO 203 NORTH LASALLE STREET SUITE 1800 CHICAGO, IL 60601 | Chapter 7 Compensation/Fees | | 2100-000 | | 60,394.66 | 0.00 |
| | | | | Page Subtotals | | 382,983.06 | 382,983.06 | |

Ver: 14.11
LFORM24

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Case No: 05-63126 -CAD
Case Name: RUBIN, MITCHELL E
Taxpayer ID No: *******0763
For Period Ending: 01/13/09

Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******5592 BofA - Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | | | 0.00 |
| | | | COLUMN TOTALS | | 382,983.06 | 382,983.06 | |
| | | | Less: Bank Transfers/CD's | | 380,483.06 | 0.00 | |
| | | | Subtotal | | 2,500.00 | 382,983.06 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 2,500.00 | 382,983.06 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| BofA - Money Market Account - *******5589 | 632,521.20 | 252,038.14 | 0.00 |
| BofA - Checking Account - *******5592 | 2,500.00 | 382,983.06 | 0.00 |
| | 635,021.20 | 635,021.20 | |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand 0.00 |

Page Subtotals    0.00    0.00

Ver: 14.11
LFORM24